```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LORENZO BENITES,                                            :
                                                            :
                          Plaintiff,                        :
                                                            :        17-cv-9410 (KBF)
              -v-                                           :
                                                            :        ORDER
Q.D.C. OFFICER DUNCAN; Q.D.C. OFFICER                       :
AYANA DYLEYMARO; A.M.K.C. INTAKE                            :
OFFICERS JOHN DOE 1-2; and THE NEW                          :
YORK CITY DEPARTMENT OF                                     :
CORRECTIONS,                                                :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 9, 2018

KATHERINE B. FORREST, District Judge:

      The Court, <u>sua sponte</u>, believes that appointment of pro bono counsel is warranted in this case and in the interests of justice.  The Court further understands that the law firm Beldock Levine & Hoffman LLP ("BLHNY") is interested in representing plaintiff in that capacity.  BLHNY is hereby directed to make contact with plaintiff and ascertain whether plaintiff is interested in such representation.

      SO ORDERED.

Dated:    New York, New York
             February 9, 2018

                                                KATHERINE B. FORREST
                                                United States District Judge