

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN E. KRUK
phone: (212) 356-0893
fax: (212) 356-8760
email: ckruk@law.nyc.gov

March 22, 2018

**By ECF**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Lorenzo Benites v. Officer Duncan, et al.* 17-cv-9410 (KBF)

Dear Judge Forrest:

      I am the Assistant Corporation Counsel assigned to represent the City of New York and C.O. Duncan in the above-referenced action. I write in compliance with Your Honor's March 12, 2018 Order to ascertain the identity of "Ayana Dyleymaro", a defendant named in Plaintiff's Complaint pursuant to Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997), and an address where that defendant may be served. See Dkt. No. 15.

      In conducting my investigation, I reviewed Plaintiff's Complaint and his related Notice of Claim and attached documents filed with the Office of the New York City Comptroller. I also consulted with employees at the New York City Department of Corrections, the New York City Police Department, New York City Health + Hospitals-Correctional Health Services, and the Physician Affiliate Group of New York (PAGNY)-Correctional Health Services. Based upon my investigation, I believe that "Ayana Dyleymaro" is Physician Assistant (PA) Aksana Suleymanov. PA Suleymanov may be served at the following address:

      Aksana Suleymanov, PA
      c/o Gwendolyn Renee Tarver
      PAGNY-Correctional Health Services
      49-04 19th Avenue, 1st Floor
      Astoria, New York 11105

      My investigation into the identities of the two John Doe AMKC intake officers remains ongoing. In compliance with Your Honor's February 7, 2018 Valentin Order, I will

Case 1:17-cv-09410-KBF   Document 18   Filed 03/22/18   Page 2 of 2

2

report my findings to Plaintiff and the Court on or before Monday, April 9, 2018 (i.e., 60 days from the Court's Order). See Dkt. No. 12.

Regards,

s/
Carolyn E. Kruk
Assistant Corporation Counsel

cc: **By mail**

Lorenzo Benites
104-18 37th Drive
Corona, NY 11368