

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**CAROLYN E. KRUK**
phone: (212) 356-0893
fax: (212) 356-8760
email: ckruk@law.nyc.gov

April 6, 2018

**By ECF**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:     *Lorenzo Benites v. Officer Duncan, et al.* 17-cv-9410 (KBF)

Dear Judge Forrest:

        I am the Assistant Corporation Counsel assigned to represent the City of New York and C.O. Duncan in the above-referenced action. I write to respectfully request an extension of time to comply with Your Honor's February 7, 2018 <u>Valentin</u> Order to ascertain the identity of the two John Doe AMKC intake officers identified in Plaintiff Lorenzo Benites's Complaint. Dkt. 9.

        On February 7, 2018 the Court ordered the Law Department to ascertain the identities of the two John Doe AMKC intake officers identified in Plaintiff's Complaint. I was assigned this case on March 2, 2018. Since then I have requested, received and reviewed AMKC log books, employee schedules, and employee profiles in an effort to identify the John Doe officers. Given the large number of intake officers working at AMKC on December 14-15, 2016, by letter dated March 5, 2018, I asked Plaintiff to describe the physical appearance of the John Doe officers. I received no response to this letter.

        On March 28, 2018, Plaintiff's counsel, Keith Szczepanski, filed a notice of appearance. I contacted him and requested the same information. On April 5, 2018, Plaintiff's counsel provided the following details:

        John Doe 1: "Latino, with a beard, approximately 5'9'""

        John Doe 2: "tall black male with glasses"

John Doe 3: "a black male approximately 5'9'""

These details have allowed me to eliminate certain officers but I am still unable to identify the John Does. Today, I asked Plaintiff's counsel for additional details including the timing of Plaintiff's interactions with the officers in an attempt to identify which shift they were working.

I now respectfully request an extension, from April 9 to May 16, 2018, to comply with the <u>Valentin</u> Order. The requested extension will allow me to obtain additional information from Plaintiff's counsel about the timing of Plaintiff's interactions with the John Doe officers, and to conduct additional interviews with potential John Does.

Accordingly, I respectfully request an extension from April 9 to May 16, 2018 to comply with the Court's February 7, 2018 <u>Valentin</u> Order. Plaintiff's counsel consents to this request.

Thank you for your consideration of this request.

Regards,

s/
Carolyn E. Kruk
Assistant Corporation Counsel

cc:     **By ECF**

Keith Szczepanski
Attorney for Plaintiff